AO 106 (Rev. 06/09)   Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Missouri

| | |
|---|---|
| **In the Matter of an Application of**<br>THE UNITED STATES OF AMERICA FOR A WARRANT TO OBTAIN LOCATION INFORMATION, INCLUDING PRECISION LOCATION INFORMATION; SUBSCRIBER AND TRANSACTIONAL RECORDS; CELL SITE INFORMATION; AND FOR A PEN REGISTER AND TRAP AND TRACE DEVICES FOR PHONE (331) 266-9984. | Case No.      4:26 MJ 9028 RHH<br><br>**FILED UNDER SEAL**<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## APPLICATION FOR A SEARCH WARRANT

I,   Joshua C. Morrill   , a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

### See Attachment A

located in the      Southern      District of      Florida      , there is now concealed

### See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    xx evidence of a crime;
    xx contraband, fruits of crime, or other items illegally possessed;
    xx property designed for use, intended for use, or used in committing a crime;
        a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title    Section<br>Title 18, United States Code, Section 1349 | CONSPIRACY TO COMMIT WIRE FRAUD |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

    ✓    Continued on the attached sheet.
    ❑    Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

JOSHUA MORRILL   Digitally signed by JOSHUA MORRILL
Date: 2026.01.15 10:35:48 -06'00'

*Applicant's signature*

Joshua C. Morrill, SA, FBI
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date:      January 15, 2026

*Judge's signature*

City and State:   St. Louis, MO

Honorable Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*
AUSA:    Gwendolyn E. Carroll